## JACK MAYES V. THE STATE.

No. 2917.  Decided January 7, 1914.

**1.—Carrying Pistol—Statement of Facts.**

A statement of facts which is not signed by the attorneys or approved by the court can not be considered on appeal.

**2.—Same—Evidence—Bills of Exception.**

In the absence of bills of exception, the ruling of the court on the admission and rejection of testimony can not be considered on appeal.

**3.—Same—Insufficiency of the Evidence.**

In the absence of a statement of facts, an objection to the sufficiency of the evidence can not be considered on appeal.

Appeal from the County Court of Dallas County at law.  Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of unlawfully carrying a pistol; penalty, thirty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted for unlawfully carrying a pistol.

The statement of facts contained in the record is not signed by the attorneys or approved by the court, therefore it can not be considered. There were no bills of exception reserved, and all the questions presented for revision are contained in the motion for new trial.  The first ground is, that the verdict of the jury is contrary to the law and the evidence wholly insufficient to support the verdict.  This can not be considered because the evidence is not before us.  The second and third grounds are urged to alleged error on the part of the court permitting witnesses Mc-Sween and Jennie Jones to testify to certain matters, but there are no bills reserved, therefore these matters are not reviewable.

The judgment is affirmed.

*Affirmed.*